# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br>Charles Ward Kuentzel 2nd<br>[DOB 10-15-1995]<br><br>Defendant(s) | ) ) ) ) ) ) ) ) | Case No.<br>21-mj-2047DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9-1-2020 through 4-21-2021__ in the county of __Jasper__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e) | The defendant employed, used, persuaded, induced, and enticed, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depicting of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e) |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation Task Force Officer Charles "Chip" Root (Attachment B).

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Charles "Chip" Root
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: __8/27/21__

_____
Judge's signature

City and state: __Springfield, Missouri__     Chief Magistrate Judge David P. Rush
Printed name and title