# ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but as early as September 1, 2020, and continuing through April 21, 2021, said dates being approximate, in Jasper County, in the Western District of Missouri, the defendant, **CHARLES WARD KUENTZEL 2ⁿᵈ**, employed, used, persuaded, induced, and enticed, a minor, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depicting of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**RANGE OF PUNISHMENT:**

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
NLT 15 Years Imprisonment
NMT 30 Years Imprisonment
NLT 5 Years, or Life, Supervised Release
Class B Felony

Restitution

$100 Special Assessment

$5,000 JVTA Special Assessment